# Supreme Court of Kentucky

2023-SC-0501-T
(2023-CA-1288)

CHERI WINSTEAD, ADMINISTRATRIX OF
THE ESTATE OF LANDON NOKES

MOVANT

ON MOTION TO TRANSFER
COURT OF APPEALS NO. 2023-CA-1288
V.       JEFFERSON CIRCUIT COURT NO. 23-CI-04105

COMMONWEALTH OF KENTUCKY; AND
PROFIRIO CRUZ HERNANDEZ

RESPONDENTS

## ORDER DENYING MOTION TO TRANSFER

Pursuant to RAP 17(C) we hereby DENY transfer of the above-styled

appeal.

All sitting. All concur.

ENTERED: February 15, 2024.

_____
CHIEF JUSTICE LAURANCE B. VANMETER